UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH W. CANDLER,

       Plaintiff,                 No. 2:15-cv-1786 TLN EFB P[1]

vs.

M. STAINER, et al.,

       Defendants.
_____/

KEITH W. CANDLER,

       Plaintiff,               No. 2:17-cv-0484 KJN P

vs.

A. HERRERA,

       Defendant.          **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

    Keith W. Candler, inmate #K-25679, a necessary and material witness in proceedings in this case on July 26, 2017, is confined in California State Prison, Sacramento, P.O. Box 290066, Represa, CA 95671-0066, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, #8th Floor, Courtroom #25, United States District Courthouse, 501 I Street, Sacramento, California on July 26, 2017, at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

////

---

[1] Pursuant to the June 8, 2017 minute order, the Court also intends to address plaintiff's other open cases at the settlement conference including cases 2:15-cv-00969, 2:17-cv-0022, 2:17-cv-0023, 2:17-cv-00161, and 2:17-cv-00789.

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden of California State Prison, Sacramento, P.O. Box 290001, Represa, CA 95671:

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 12, 2017

/cand0484.841

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE